# United States Court of Appeals
## For the First Circuit

No. 08-1089

UNITED STATES,

Appellee,

v.

LUIS ZAYAS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on June 8, 2009, should be amended as follows:

On Page 5, Line 10 3553(f)4) should read 3553(f)(4).